e

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,        CRIMINAL DOCKET NO. 1:26-CR-00251
Plaintiff

VERSUS                                       JUDGE EDWARDS

NANCY Z MORENO,        MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## REPORT AND RECOMMENDATION

Upon the request of the District Judge, and with the written and verbal consent of Defendant, this matter came before the undersigned United States Magistrate Judge for a felony change of plea hearing under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present and represented by counsel.

Based upon the written and verbal submissions made at the hearing, the undersigned finds that: (1) Defendant was fully competent to enter a guilty plea; (2) the plea agreement was properly signed and filed; (3) Defendant's guilty plea to Count 1 of the **Bill of Information** was freely and voluntarily entered, with a full understanding of the nature of the charge and the maximum penalties; (4) Defendant made a knowing and voluntary waiver of the right to a jury trial with the full assistance of counsel; and (5) the guilty plea is supported by an adequate and independent basis in fact for each of the essential elements of the offenses.

Accordingly,

1

IT IS RECOMMENDED that the District Judge accept Defendant's guilty plea in accordance with the terms of the plea agreement filed.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Friday, July 10, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE